**Fill in this information to identify the case:**

Debtor 1    WILLIAM RAY FONTENOT, JR

Debtor 2
(Spouse, if filing)    NICOLE FERGUSON FONTENOT

United States Bankruptcy Court for the: _____Southern_____ District of _Mississippi_
(State)

Case number _19-51189_ - KMS

## Official Form 410C13-N

## Trustee's Notice of Disbursements Made     12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

Name of claim holder: **PENNYMAC LOAN SERVICES**     Court claim no. (if known): _16_

Last 4 digits of any number you use to identify the debtor's account:   0   4   0   6

Property address:     168 CYPRESS PT
           Number    Street

           PICAYUNE       MS 39466
           City         State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

**Part 4:** **Postpetition Payments**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____ _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 0.00

**Part 6:** **A Response is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/ Warren A. Cuntz, Jr.        Date 05/26/2026
    Signature

Trustee    Warren          A.          Cuntz, Jr.
           First Name    Middle Name    Last Name

Address    Post Office Box 3749
           Number       Street

           Gulfport                MS        39505-3749
           City                    State     ZIP Code

Contact phone ( 228 ) 831 - 9531              Email wcuntzcourt@gport13.com

## CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Trustee's Notice of Disbursements Made to:

Attorney for Debtor: Thomas C. Rollins, Jr.

Email address: trollins@therollinsfirm.com

Attorney for Creditor: Elizabeth C. Price

Email address: elizabeth.price@ms.creditorlawyers.com

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Disbursements Made to the following:

Creditor: PennyMac Loan Services, LLC

PO Box 2410

Moorpark, CA 93020

Debtor (if *pro se*): _____

Creditor's Attorney (if not registered with CMECF):

DATED this the 26th day of MAY 2026

/s/ WARREN A. CUNTZ, JR.
CHAPTER 13 TRUSTEE

P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902