**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   William Ray Fontenot. Jr.                                    Case No. 19-51189-KMS
         Nicole Ferguson Fontenot, Debtors                           Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13</u>**
**<u>DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  We have made all payments required by my confirmed Chapter 13 plan.

2.  Debtors hereby move the court for the entry of a discharge order in this case.

Signed:   /s/ William Ray Fontenot. Jr.                          05-27-2026___
          William Ray Fontenot. Jr.                              Date

          /s/ Nicole Ferguson Fontenot                          05-27-2026___
          Nicole Ferguson Fontenot                               Date

          /s/ Thomas C. Rollins, Jr.                             05-27-2026___
          Thomas C. Rollins, Jr., MS Bar No. 103469              Date
          Attorney for the Debtors
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                          Gulfport Divisional Office:
Danny L. Miller, Clerk                   Danny L. Miller, Clerk
United States Bankruptcy Court           United States Bankruptcy Court
Thad Cochran US Courthouse               Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                2012 15th St, Suite 244
Jackson, MS 39201                        Gulfport, MS 39501

### CERTIFICATE OF SERVICE

On May 27, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                         /s/ Thomas C. Rollins, Jr._____
                                         Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM RAY FONTENOT JR
NICOLE FERGUSON FONTENOT

CASE NO: 19-51189

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/27/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/27/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM RAY FONTENOT JR
NICOLE FERGUSON FONTENOT

CASE NO: 19-51189

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/27/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/27/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 19-51189
SOUTHERN DISTRICT OF MISSISSIPPI
WED MAY 27 11-23-15 PST 2026

PENNYMAC LOAN SERVICE  LLC
PO BOX 2410
MOORPARK   CA 93020-2410

PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AAA AMBULANCE SERVICE
207 S 28TH AVE
HATTIESBURG  MS 39401-7155

BARCLAYS
PO BOX 61047
HARRISBURG  PA 17106-1047

CHASE
PO BOX 15298
WILMINGTON  DE 19886-5298

CITI BANK
PO BOX 6241
SIOUX FALLS  SD 57117-6241

CITIBANK  NA
701 EAST 60TH STREET NORTH
SIOUX FALLS  SD 57104-0432

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY  OH  43054-3025

EAST POINT RECOVERY
1738 ELMWOOD AVE
STE 104
BUFFALO  NY 14207-2465

ELIZABETH CROWELL PRICE
DEAN MORRIS  LLC
ATTORNEY FOR PENNYMAC LOAN SERVICES  LLC
1820 AVENUE OF AMERICA
MONROE  LA 71201-4530

FORREST GENERAL
PO BOX 16389
HATTIESBURG MS 39404-6389

HYUNDAI CAPITAL AMERICA(HCA) DBA
HYUNDAI MOTOR FINANCE
PO BOX 20809
FOUNTAIN VALLEY  CA 92728-0809

HIGHLAND COMMUNITY HOS
PO BOX 909
PICAYUNE  MS 39466-0909

HOME DEPOT
PO BOX 790328
SAINT LOUIS  MO 63179-0328

HYUNDAI FINANCE
PO BOX 20829
FOUNTAIN VALLEY  CA 92728-0829

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE  4430
JACKSON  MS 39201-5025

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
JPMC
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

JOHN DEERE FINANCIAL  FSB  DBA
JOHN DEERE FINANCIAL
PO BOX 6600
JOHNSTON IA 50131-6600

KASEY FONTENOT
168 CYPRESS PT
PICAYUNE  MS 39466-9272

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LOWES
PO BOX 965004
ORLANDO  FL 32896-5004

NAVY FEDERAL CU
PO BOX 3100
MERRIFIELD  VA 22119-3100

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

NELNET ON BEHALF OF COLLEGE ASSIST
COLLEGE ASSIST
PO BOX 16358
ST PAUL  MN 55116-0358

NORTHSTAR LOCATION SER
ATTN FINANCIAL SERVIC
4285 GENESEE ST
BUFFALO  NY 14225-1943

EXCLUDE

PENFED CREDIT UNION
PO BOX 1432
ALEXANDRIA  VA 22313-1432

PENNYMAC
PO BOX 514387
LOS ANGELES  CA 90051-4387

(D)PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020 2410

PENTAGON FCU
PO BOX 1400
ALEXANDRIA  VA 22313-1400

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SYNCHRONY BANK
PO BOX 105972
ATLANTA  GA 30348-5972

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

(P)U S  BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

EXCLUDE

USAA
PO BOX 14050
LAS VEGAS  NV 89114-4050

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON  MS 39201 5022

NICOLE FERGUSON FONTENOT
168 CYPRESS PT
PICAYUNE  MS 39466-9272

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236 3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749

DEBTOR

WILLIAM RAY FONTENOT JR
168 CYPRESS PT
PICAYUNE  MS 39466-9272