United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 19-51189-KMS

William Ray Fontenot, Jr.                                           Chapter 13

Nicole Ferguson Fontenot

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6              User: mssbad                              Page 1 of 3

Date Rcvd: Aug 11, 2026        Form ID: 3180W                       Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Ray Fontenot, Jr., Nicole Ferguson Fontenot, 168 Cypress Pt., Picayune, MS 39466-9272 |
| 4717876 | + | AAA Ambulance Service, 207 S 28th Ave, Hattiesburg, MS 39401-7155 |
| 4717877 | + | Barclays, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4717881 | + | East Point Recovery, 1738 Elmwood Ave, Ste 104, Buffalo, NY 14207-2465 |
| 4717882 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |
| 4717883 | + | Highland Community Hos, P.O. Box 909, Picayune, MS 39466-0909 |
| 4717889 | + | Kasey Fontenot, 168 Cypress Pt., Picayune, MS 39466-9272 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ebnotices@pnmac.com | Aug 11 2026 19:54:18 | PennyMac Loan Service, LLC, P.O. Box 2410, Moorpark,, CA 93020-2410 |
| 4717878 | + | EDI: JPMORGANCHASE | Aug 11 2026 23:42:00 | Chase, P.O. Box 15298, Wilmington, DE 19886-5298 |
| 4717879 | | EDI: CITICORP | Aug 11 2026 23:42:00 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4753976 | + | EDI: CITICORP | Aug 11 2026 23:42:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 4717880 | | EDI: DISCOVER | Aug 11 2026 23:42:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 4717886 | | EDI: IRS.COM | Aug 11 2026 23:42:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4721687 | | EDI: DISCOVER | Aug 11 2026 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4723906 | ^ | MEBN | Aug 11 2026 19:42:42 | Elizabeth Crowell Price, Dean Morris, LLC, Attorney For PennyMac Loan Services, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 4735551 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 11 2026 19:46:00 | HYUNDAI CAPITAL AMERICA(HCA) DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 4717884 | + | EDI: CITICORP | Aug 11 2026 23:42:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 4717885 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 11 2026 19:46:00 | Hyundai Finance, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 4717887 | + | Email/Text: ebone.woods@usdoj.gov | Aug 11 2026 19:45:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2026 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | Bypass | Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 4733144 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 11 2026 19:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 4717888 | + | Email/Text: litbkcourtmail@johndeere.com | Aug 11 2026 19:45:00 | John Deere Financial, f.s.b., d/b/a, John Deere financial, P.O. Box 6600, Johnston IA 50131-6600 |
| 4753046 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2026 19:44:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4717890 | + | EDI: SYNC | Aug 11 2026 23:42:00 | Lowe's, P.O. Box 965004, Orlando, FL 32896-5004 |
| 4717891 | + | EDI: NFCU.COM | Aug 11 2026 23:42:00 | Navy Federal CU, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 4728652 | + | EDI: NFCU.COM | Aug 11 2026 23:42:00 | Navy Federal Credit union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 4717892 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 11 2026 19:45:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 4729650 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 11 2026 19:45:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 4717893 | ^ | MEBN | Aug 11 2026 19:42:30 | Northstar Location Ser, Attn: Financial Servic, 4285 Genesee St, Buffalo, NY 14225-1943 |
| 4753896 | | EDI: PRA.COM | Aug 11 2026 23:42:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4717894 | + | Email/Text: bkrgeneric@penfed.org | Aug 11 2026 19:45:00 | PenFed Credit Union, P.O. Box 1432, Alexandria, VA 22313-1432 |
| 4717895 | + | Email/PDF: ebnotices@pnmac.com | Aug 11 2026 19:54:23 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 4723757 | + | Email/PDF: ebnotices@pnmac.com | Aug 11 2026 19:54:23 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 4717896 | + | Email/Text: bkrgeneric@penfed.org | Aug 11 2026 19:45:00 | Pentagon FCU, P.O. Box 1400, Alexandria, VA 22313-1400 |
| 4717897 | + | EDI: SYNC | Aug 11 2026 23:42:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4717899 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Aug 11 2026 19:45:00 | US Bank, P.O. Box 21948, Saint Paul, MN 55121-4201 |
| 4717898 | ^ | MEBN | Aug 11 2026 19:42:32 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4740328 | | EDI: USBANKARS.COM | Aug 11 2026 23:42:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 4717900 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 11 2026 19:45:00 | USAA, P.O. Box 14050, Las Vegas, NV 89114-4050 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2026 | Form ID: 3180W | Total Noticed: 38 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor PennyMac Loan Services  LLC Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kimberlyp@hwmlawfirm.com, msecf@ms.creditorlawyers.com |
| Michael Lindsey | on behalf of Creditor PennyMac Loan Services  LLC michaell@hwmlawfirm.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Ray Fontenot  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Nicole Ferguson Fontenot trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William Ray Fontenot Jr.** | Social Security number or ITIN  **xxx–xx–9256** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nicole Ferguson Fontenot** | Social Security number or ITIN  **xxx–xx–7412** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **19–51189–KMS**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**William Ray Fontenot Jr.**
aka Bill Fontenot

**Nicole Ferguson Fontenot**

Dated: 8/11/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2